IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:13CR00148-11 SWW |
| | ) | |
| DWATNEY NOID | ) | |

**ORDER**

The defendant's motion for review and reconsideration of detention determination (docket entry no. 74) is granted.

IT IS SO ORDERED this __29__ day of May, 2013.

_____
UNITED STATES MAGISTRATE JUDGE