(Post.3/26/13)

U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
FILED
JUN 2 6 2013
IN OPEN COURT
JAMES W. McCORMACK, CLERK
BY: S.Williams
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                         PLAINTIFF

vs.                        NO. 4:13-CR-00148 SWW

LAMONT WILLIAMS                                                                     DEFENDANT

## WAIVER OF APPEARANCE FOR ARRAIGNMENT
## AND ENTRY OF PLEA OF NOT GUILTY
(Pursuant to Rules 10 and 43 of the Federal Rules of Criminal Procedure)

NOW COMES Defendant in the above-referenced case who, along with his/her undersigned attorney, hereby acknowledges the following:

1) Defendant has received a copy of the indictment, superseding indictment or misdemeanor information in this case. Defendant understands the nature and substance of the charges contained therein, the maximum penalties applicable thereto, and his/her Constitutional rights, after being advised of all of the above by his/her attorney.

2) Defendant understands he/she has the right to appear personally with his/her attorney before a Judge for arraignment in open court on this accusation. Defendant further understands that, absent the present waiver, he/she will be so arraigned in open court.

Defendant, having conferred with his/her attorney in this regard, hereby waives personal appearance with his/her attorney at the arraignment of this case and the reading of the indictment, superseding indictment or information, and by this instrument tenders a plea of "not guilty." The defendant understands that entry by the Court of said plea for defendant will conclude the arraignment in this case for all purposes.

6/24/13
Date

6/24/13
Date

Defendant's Signature

Counsel for Defendant's Signature

**ORDER OF COURT**

☒ The defendant's request to waive appearance at the arraignment is hereby APPROVED and a plea of not guilty is entered for the defendant effective this date.

☐ The defendant's request to waive appearance at the arraignment is hereby DENIED.

6/21/13
Date

Judicial Officer

cc:   All Counsel of Record
      U.S. Probation Office
      U.S. Marshals Service
      Presiding Magistrate Judge