# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                      4:13CR00148-008 SWW

NISHME MARTINEZ

## ORDER

Pending before the Court is a motion to be substituted as attorney for defendant, Nishme Martinez, filed by David R. Cannon [doc #129]. The Court finds that the motion to substitute counsel should be and hereby is ***GRANTED***.

IT IS THEREFORE ORDERED that appointed counsel, Arkie Byrd, is hereby relieved of any further responsibility in this matter as of June 14, 2013.

DATED this 2nd day of July 2013.

                                                               /s/Susan Webber Wright
                                                               UNITED STATES DISTRICT JUDGE