# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | 4:13CR00148-14 SWW |
| | ) | |
| **LAMONT WILLIAMS** | ) | |

## ORDER

The Government's motion to withdraw its recently filed motion to modify conditions of release is granted and the Clerk is directed to administratively terminate the motion to modify conditions of release.

IT IS SO ORDERED this  6   day of March, 2014.

_____
UNITED STATES MAGISTRATE JUDGE